IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JUN - 7 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-CR-20009 |
| ) | |
| THOMAS JAMES, ) | Title 18, United States Code, |
| ANDREW NUNN, and ) | Sections 1951, 922(g)(1), 924(c), and 2 |
| JAEVONTAE WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

## SUPERSEDING INDICTMENT

### COUNT 1
(Obstruction of Commerce by Robbery)

**THE GRAND JURY CHARGES:**

1.  At all times material to this Indictment, the Sprint Store located at 2706 N. Prospect Avenue, Champaign, Illinois, was engaged in interstate commerce and an industry which affects interstate commerce.

2.  On or about July 28, 2016, in Champaign County, in the Central District of Illinois,

**THOMAS JAMES, ANDREW NUNN, and JAEVONTAE WILLIAMS,**

defendants herein, aided and abetted by one another and other persons known and unknown to the grand jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that

the defendants, THOMAS JAMES, ANDREW NUNN, and JAEVONTAE WILLIAMS, aided and abetted by one another and other persons known and unknown to the grand jury, did unlawfully take and obtain personal property consisting of cellular telephones and electronic devices from the person of and in the presence of the employees and customers of the Sprint Store, against the employees' and customers' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees' and customers' persons by threatening serious physical injury and death to said employees and customers.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT 2
### (Obstruction of Commerce by Robbery)

**THE GRAND JURY CHARGES:**

1. At all times material to this Indictment, the Circle K gas station located at 581 S. Indiana Avenue, Kankakee, Illinois, was engaged in interstate commerce and an industry which affects interstate commerce.

2. On or about August 6, 2016, in Kankakee County, in the Central District of Illinois,

**THOMAS JAMES,**

defendant herein, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, THOMAS JAMES, did unlawfully take and obtain personal property

2

consisting of cigarettes and United States currency from the person of and in the presence of the employees of the Circle K gas station, against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees' persons by threatening serious physical injury to said employees.

In violation of Title 18, United States Code, Section 1951.

## COUNT 3
**(Brandishing a Firearm During and in Relation to a Crime of Violence)**

**THE GRAND JURY CHARGES:**

On or about August 6, 2016, in Kankakee County, in the Central District of Illinois,

**THOMAS JAMES,**

defendant herein, did knowingly brandish, carry and use a firearm, that is, a Hi-Point 9mm handgun bearing serial number P1695274, during and in relation to a crime of violence which may be prosecuted in a court of the United States, that is, obstruction of commerce by robbery as charged in Count Two.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 4
(Possession of a Firearm by a Felon)

THE GRAND JURY CHARGES:

On or about August 6, 2016, in Kankakee County, in the Central District of Illinois,

**THOMAS JAMES,**

defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Hi-Point 9mm handgun bearing serial number P1695274.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

THE GRAND JURY CHARGES:

1. The Grand Jury re-alleges and incorporates by reference the allegations of Counts Two through Four of this Indictment as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. On or about August 6, 2016, in the Central District of Illinois,

**THOMAS JAMES,**

defendant herein, did engage in knowing violations of Title 18, United States Code, Sections 924(c) and 922(g), thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses,

including, but not limited to: (1) a Hi-Point 9mm handgun bearing serial number P1695274, and all ammunition contained therein.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

                                                A TRUE BILL.
                                                s/Foreperson

                                                FOREPERSON

s/John Childress

PATRICK D. HANSEN
Acting United States Attorney
BDF